IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JEFF HANEY** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No.: 4:15-CV01302 |
| **NATIONAL HEALTHCARE COLLECTIONS, LLC** | ) ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff, Jeff Haney hereby dismisses Defendant, National Healthcare Collections, LLC, from the above captioned matter with prejudice. Each party to bear its own costs.

Dated: October 20, 2015

**THE EASON LAW FIRM, LLC**

/s/ James W. Eason

**JAMES W. EASON, #57112
124 Gay Avenue, Suite 200
Clayton, Missouri 63105
Phone: (314) 932-1066
Fax:     (314) 667-3161
Email: james.w.eason@gmail.com**

1